U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 SEP -2 PM 5: 29

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MOHAMMED JIHAD BAHRM RASHID,     )
                                 )
       Petitioner,               )
                                 )
       v.                        )
                                 )   Case No. 2:25-CV-732
                                 )
DONALD J. TRUMP, IN HIS OFFICIAL )
CAPACITY AS PRESIDENT OF THE     )
UNITED STATES; PATRICIA HYDE, IN )
HER OFFICIAL CAPACITY AS ACTING  )
BOSTON FIELD OFFICE DIRECTOR,    )
IMMIGRATION AND CUSTOMS          )
ENFORCEMENT, ENFORCEMENT AND     )
REMOVAL OPERATIONS; VERMONT      )
SUB-OFFICE DIRECTOR OF           )
IMMIGRATION AND CUSTOMS          )
ENFORCEMENT, ENFORCEMENT AND     )
REMOVAL OPERATIONS; TODD M.      )
LYONS, IN HIS OFFICIAL CAPACITY AS )
ACTING DIRECTOR, U.S.            )
IMMIGRATION AND CUSTOMS          )
ENFORCEMENT; PETE R. FLORES, IN  )
HIS OFFICIAL CAPACITY AS ACTING  )
COMMISSIONER FOR U.S. CUSTOMS    )
AND BORDER PROTECTIONS; KRISTI   )
NOEM, IN HER OFFICIAL CAP A CITY )
AS SECRETARY OF THE UNITED       )
STATES DEPARTMENT OF HOMELAND    )
SECURITY; MARCO RUBIO, IN HIS    )
OFFICIAL CAPACITY AS SECRETARY   )
OF STATE; AND PAMELA BONDI, IN   )
HER OFFICIAL CAPACITY AS U.S.    )
ATTORNEY GENERAL; GREG HALE,     )
SUPERINTENDENT, NORTHWEST        )
STATE CORRECTIONAL FACILITY -    )
SAINT ALBANS,                    )
                                 )
       Respondents.              )

**TEMPORARY RESTRAINING ORDER**
**(Doc. 2)**

Petitioner is a foreign national who is detained in Vermont. He brings this habeas petition seeking an order keeping him in Vermont while his removal and asylum cases proceed. He alleges that his frequent moves from one detention facility to another prevent him from maintaining contact with his attorney. He does not seek immediate release prior to a final order in his case.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court ORDERS that Defendants not remove Petitioner Mohammed Jihad Bahrm Rashid from the District of Vermont. This order shall remain in effect for 14 days. The court will hold a hearing in this case on Friday, September 5, 2025, at 10:00 a.m. in Courtroom 110. The petitioner shall attend the hearing in person.

The court issues this TRO on an ex parte basis because the emergency motion discloses sufficient facts establishing a risk of immediate and irreparable injury if Petitioner is moved yet again to another jurisdiction. The specific risks of injury include the loss of contact with his counsel and the inability of an unrepresented, detained, foreign-born individual to challenge his ongoing detention in a meaningful fashion if he is transferred to another district where he has no attorney.

The Court will serve this order on the Government on September 3, 2025, through the established practice in the District. Any response to the petition shall be filed not later than September 4, 2025, prior to the hearing.

Dated at Burlington, in the District of Vermont, this 2nd day of September, 2025.

Geoffrey W. Crawford, Judge
United States District Court