U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 SEP -5 PM 1:04

CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MOHAMMED JIHAD BAHRM RASHID, )
)
    Petitioner, )
)
v. )
) Case No. 2:25-CV-732
DONALD J. TRUMP, in his official capacity )
as President Of The United States; )
PATRICIA HYDE, in her official capacity as )
Acting Boston Field Office Director, )
Immigration And Customs Enforcement, )
Enforcement And Removal Operations; )
VERMONT SUB-OFFICE DIRECTOR OF )
IMMIGRATION AND CUSTOMS )
ENFORCEMENT, ENFORCEMENT AND )
REMOVAL OPERATIONS; TODD M. )
LYONS, in his official capacity as Acting )
Director, U.S. Immigration And Customs )
Enforcement; PETE R. FLORES, in his )
official capacity as Acting Commissioner For )
U.S. Customs And Border Protections; )
KRISTI NOEM, in her official cap a city as )
Secretary Of The United States Department )
Of Homeland Security; MARCO RUBIO, in )
his official capacity as Secretary of State; )
PAMELA BONDI, in her official capacity as )
U.S. Attorney General; and GREG HALE, in )
his official capacity as Superintendent, )
Northwest State Correctional Facility - Saint )
Albans, )
)
    Respondents. )

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

Petitioner seeks a bond hearing before a neutral officer employed by the Department of Homeland Security. The Government contends that he has no statutory right to such a hearing and that the length of his detention is insufficient to justify it on Due Process grounds.

Following a hearing, the court allowed 10 days for follow-up briefing from Petitioner and 10 days for the Government's response.

The court extends the TRO to October 31, 2025, pursuant to F. R. Civ. P. 65(b)(2). There is good cause for a short extension beyond the 14-day initial period because both sides have raised significant legal issues requiring briefing and consideration by the court. By October 31, 2025, the court will be in a position to rule on the primary issue raised by Petitioner, which is whether he is entitled at this time to a bond hearing

During this period of extension of the TRO, Petitioner shall remain detained at Northwest Correctional Facility in St. Albans, Vermont or another facility within the District. He shall not be moved out of state. The court enters this order on the basis of its authority under the All-Writs Act and its inherent authority to protect its jurisdiction for a period long enough to decide the issues raised by the parties.

Dated at Burlington, in the District of Vermont, this 5th day of September, 2025.

/s/ Geoffrey W. Crawford
Judge
United States District Court