# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| MOHAMMED JIHAD BAHRM RASHID | ) |
| *Petitioner(s)* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.   2:25-cv-732 |
| GREG HALE, in his official capacity as Superintendent, | ) |
| Northwest State Correctional Facility - Saint Albans, et al | ) |
| | ) |
| *Respondent(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document 13) filed October 27, 2025, petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Document 1) was GRANTED IN PART AND DENIED IN PART. JUDGMENT (except as to the Fourth Amendment claim) is entered for petitioner Mohammed Jihad Bahrm Rashid, against respondents Greg Hale, Donald J. Trump, Patricia Hyde, Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd M. Lyons, Pete R. Flores, Kristi Noem, Marco Rubio and Pamela Bondi. JUDGMENT (as to the Fourth Amendment claim) is entered for respondents Greg Hale, Donal J. Trump, Patricia Hyde, Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd M. Lyons, Peter R. Flores, Kristi Noem, Marco Rubio and Pamela Bondi, against petitioner Mohammed Jihad Bahrm Rashid.

Date:    March 26, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:    3/26/2026

*/s/ Lisa A. Wright*

*Signature of Clerk or Deputy Clerk*